CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 03 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action No. 7:13CR00065 |
| | ) | (Civil Action No. 7:16CV81070) |
| v. | ) | |
| | ) | **FINAL ORDER** |
| MICHAEL EUGENE PAYNE, | ) | |
| | ) | By: Hon. Glen E. Conrad |
| Defendant. | ) | Chief United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Payne's motion pursuant to 28 U.S.C. § 2255 (ECF No. 54) is **GRANTED**;

2. The government's motion to dismiss (ECF No. 62) is **DENIED**;

3. Payne must be resentenced. A resentencing hearing has been scheduled for April 10, 2017.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the petitioner and all counsel of record. In addition, the Clerk is directed to close Civil Action No. 7:16CV81070 as all further action will occur in Payne's criminal case.

**ENTER:** This 3rd day of April, 2017.

/s/ Glen E. Conrad
Chief United States District Judge